Eugene L. Dominick, as Administrator, etc., of Jacob Stern, Deceased, Appellant, v. Ida B. Stern, Respondent.— Judgment affirmed, with costs. All concurred.

Charles Chamberlain, Appellant, v. Sarah Graves and Others, Respondents.— Judgment affirmed, with costs. All concurred.

Ole L. Snyder and Niagara Storage Warehouse Company, Appellants, v. Edwin R. Redhead and Others, Respondents.— Judgment affirmed, with costs. All concurred.

Robert Ingram, Respondent, v. Nicholas L. Brayer and William M. Albaugh, Appellants.— Judgment and order affirmed, with costs. All concurred.

In the Matter of the Judicial Settlement of the Accounts of Elmer L. Duncan and William C. Kelderhouse, Appellants, as Executors, and Alice E. Doyle, Respondent, as Executrix, etc., of John Kelderhouse, Deceased. —Appeal dismissed, without costs, upon stipulation filed.